STATE OF NEW JERSEY v. LEONIDES GARCIA.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONIDES GARCIA.

February 28, 1984.

Cross-petition for certification denied.

JEROME J. HAKE v. MANCHESTER TOWNSHIP.

March 13, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. CARLOS RODRIGUEZ.

March 13, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN KOENIG.

March 13, 1984.

Petition for certification denied.